UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

LOUIS PADNOS IRON AND METAL COMPANY,

        Plaintiff,

v.

CREDIT SUISSE SECURITIES (USA) LLC,

        Defendant.
_____/

Case No. 1:11-cv-00196-RJJ

Hon. Robert J. Jonker

## STIPULATION AND PROPOSED ORDER TO DISMISS

Plaintiff Louis Padnos Iron and Metal Co. ("Padnos"), through its counsel, Warner Norcross & Judd LLP, and Defendant Credit Suisse Securities (USA) LLC ("Credit Suisse"), through its counsel, Bressler, Amery & Ross, P.C., hereby stipulate to dismiss this action without prejudice and without costs to either party in order to continue arbitrating their dispute before the Financial Industry Regulatory Authority, and request that the Court enter the proposed order below:

Dated:  May 12, 2011

| | |
|---|---|
| /s/ Gaëtan Gerville-Réache | /s/ Angela M. Scafuri |
| Brian J. Masternak | Angela M. Scafuri |
| Gaëtan Gerville-Réache | BRESSLER, AMERY & ROSS P.C. |
| WARNER NORCROSS & JUDD LLP | 325 Columbia Turnpike, Suite 301 |
| 900 Fifth Third Center | Florham Park, New Jersey 07932 |
| 111 Lyon Street, N.W. | 973.514.1200 |
| Grand Rapids, Michigan 49503-2487 | ascafuri@bressler.com |
| 616.752.2000 | Attorneys for Credit Suisse Securities |
| greach@wnj.com |   (USA) LLC |
| Attorneys for Louis Padnos Iron and Metal Co. | |

## ORDER

In accordance with the parties' above stipulation,

**IT IS HEREBY ORDERED** that Plaintiff's Complaint is **DISMISSED** without prejudice and without costs to either party.

Signed this  13th  day of     May         , 2011.

                                              /s/ Robert J. Jonker
                                            THE HONORABLE ROBERT J. JONKER
                                            United States District Judge

5326139